# IN THE SUPREME COURT OF THE STATE OF NEVADA

KRIS ALLEN HIMMEL,
Appellant,
vs.
JOSEPH I. BENSON, JR.; AND
BENSON & BINGHAM, A LIMITED
LIABILITY COMPANY,
Respondents.

No. 79125

**FILED**

NOV 0 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on July 9, 2019, without payment of the requisite filing fee. On September 6, 2019, this court entered an order granting appellant's motion for an extension of time, and directing appellant to pay the filing fee or to seek leave to proceed in forma pauperis in the district court within 30 days. The order cautioned appellant that failure to comply with the order would result in dismissal of this appeal. To date, appellant has not responded to this court's September 6, 2019, order. Accordingly, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Kris Allen Himmel
Lipson Neilson P.C.
Eighth District Court Clerk

19-45328